IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:   11-CV-01031

**MARY MCANDREWS,**

      **Plaintiff,**

**v.**

**PORTFOLIO RECOVERY ASSOCIATES, LLC, a Virginia Corporation**

      **Defendant**

---

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

---

**COMES NOW** the Plaintiff, by and through her undersigned attorney, notifying this Honorable Court that the parties have settled all issues of this case.  Pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(i) the Plaintiff dismisses this case with prejudice.  The parties each shall pay their own attorney fees and costs.

May 24, 2011

      Respectfully submitted,

      s/Troy D. Krenning
      **Troy D. Krenning, Esq.**
      Gookin, Krenning and Associates, LLC
      501 N. Cleveland Avenue
      Loveland, Colorado 80537
      (970) 292-8290
      (888) 465-8045
      **Attorney for Plaintiff**